**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| SETH D. HARRIS,[1] ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : | Civil Action No. 11-3389 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| OCEAN SIGNATURE CO., d/b/a/ OCEAN KING, a corporation; LABOR SOURCE AND SERVICES, INC., a corporation; and NEW DYNASTY SERVICES, INC., a corporation, | : : : : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## <u>PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and for the reasons set forth below, Plaintiff, Seth D. Harris, Acting Secretary of Labor, United States Department of Labor ("the Acting Secretary"), voluntarily dismisses this case against Defendants Labor Source and Services, Inc. ("Labor Source"), New Dynasty Services, Inc. ("New Dynasty"), and Ocean Signature Co. ("OSC"), without prejudice, each party to bear its own fees and costs.

1.      On May 25, 2011, the Acting Secretary filed a complaint against Defendants Labor Source, New Dynasty, OSC, Ocean King Enterprises, Inc., d/b/a Ocean King, Joshua Norbury, and Tadaharu Saito pursuant to the Fair Labor Standards Act of 1938 ("the FLSA" or "the Act"), 29 U.S.C. § 201, <u>et</u> <u>seq</u>., to obtain relief under Sections 6, 7, 11(c), 15(a)(2) and 15(a)(5) of the FLSA, and for a judgment against Defendants in the total amount of back wage compensation due to the employees of

---

[1] Seth D. Harris was appointed as Acting Secretary of Labor on January 24, 2013.  Pursuant to Fed. R. Civ. P. 25(d), the caption has been changed to reflect the appointment.

Defendants pursuant to the Act and for liquidated damages in an amount equal to the back wages due to the employees.

2.   Defendants Labor Source, New Dynasty and OSC did not file a responsive pleading or otherwise defend.

3.   On June 18, 2012, the Clerk entered Default against Defendants Labor Source, New Dynasty and OSC.

4.   The Acting Secretary filed a Motion for Default Judgment as to Labor Source, New Dynasty and OSC on October 3, 2012.

5.   On November 1, 2012, pursuant to the motion of the Acting Secretary, the Honorable Mary A. McLaughlin approved and signed a Consent Judgment as to Defendants Ocean King Enterprises, Inc. d/b/a Ocean King, Tadaharu Saito, and Joshua Norbury.

6.   Subsequently, on November 28, 2012, Judge McLaughlin denied the Acting Secretary's Motion for Default Judgment as to Labor Source, New Dynasty and OSC, without prejudice.

7.   The Acting Secretary's representatives continue to be unable to locate and serve Defendants Labor Source, New Dynasty and OSC.  Accordingly, the Acting Secretary voluntarily dismisses this case, without prejudice, as to Defendants Labor Source, New Dynasty and OSC.

WHEREFORE, the Acting Secretary respectfully requests that the Clerk of Court close this case.

Respectfully submitted,

Post Office Address:

M. Patricia Smith
Solicitor of Labor

Office of the Solicitor, Region III
U. S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA   19106-3306
(215) 861-5135
Nocito.John@dol.gov

Catherine Oliver Murphy
Regional Solicitor

By:    /s/John A. Nocito
John A. Nocito
Attorney
PA ID# 87973

U.S. DEPARTMENT OF LABOR
Attorneys for Plaintiff

Dated: March 25, 2013